FRANK LOPAS v. TOWNSHIP OF HAZLET.

July 2, 1984.

Certification is granted, and the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Law Division for a new trial on the merits.

Jurisdiction is not retained.

JOHNNY BANKSTON v. ELIJAH TARD ET AL.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME TINI PARRISH.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER SAMUEL.

July 2, 1984.

Petition for certification denied.